CHARLES A. BURKE *v.* JOSEPH R. RUGGERIO ET AL.
ROLAND A. PEPIN *v.* CHARLES A. BURKE

The defendants Joseph Ruggerio, Nicholas Serignese, Roland A. Pepin, Alfred P. Roggi, Dorothy D. Roggi, and Trustees for the Truck Drivers, Chauffeurs, Warehousemen and Helpers Local Union No. 671's petition for certification for appeal from the Appellate Court, 24 Conn. App. 700, is denied.

*David A. Zipfel,* in support of the petition.

Decided July 9, 1991

MAC'S CAR CITY, INC. *v.* PELINO S. DILORETO

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 839, is denied.

*Vincent F. Sabatini,* in support of the petition.

Decided July 9, 1991

TOWN OF GROTON *v.* PETER R. JOHL

The plaintiff's petition for certification for appeal from the Appellate Court, 24 Conn. App. 469, is dismissed.

*Peter R. Johl,* pro se, in support of the petition.

Decided July 17, 1991

SUSAN GRAHAM *v.* WILLIAM L. GRAHAM

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 41, is denied.

*Allen Gary Palmer,* in support of the petition.

Decided July 17, 1991